UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **ED CV 15-949-JFW (DTBx)**                                          Date: July 24, 2015

Title:       Mike A. Rosales -v- Staples Contract & Commercial, Inc. et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TAKING UNDER SUBMISSION PLAINTIFF'S RENEWED MOTION TO REMAND TO STATE COURT [filed 6/29/2015; Docket No. 29]

   Plaintiff's Renewed Motion to Remand to State Court is currently on calendar for July 27, 2015 at 1:30 p.m.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for July 27, 2015 is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

   IT IS SO ORDERED.